**YU | MOHANDESI LLP**

**B. Ben Mohandesi** (SBN 214921)
213.377.5505 | bmohandesi@yumollp.com
**Jordan S. Yu** (SBN 227341)
213.377.5502 | jyu@yumollp.com
**Brett B. Goodman** (SBN 260899)
213.375.3543 | bgoodman@yumollp.com
633 West Fifth Street, Suite 2800
Los Angeles, CA 90071
213.377.5501 Facsimile

Attorneys for Defendants
Convergent Outsourcing, Inc. and LVNV Funding, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL SHINER, on behalf of himself and all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CONVERGENT OUTSOURCING, INC., LVNV FUNDING, LLC, JOHN DOES 1-100, AND ANY OTHER UNKNOWN DEFENDANT,<br><br>　　　　Defendants. | Case No.: 3:15-cv-02365-WHO<br><br>**ORDER GRANTING STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Honorable William H. Orrick<br><br>Compl. Filed:　May 28, 2015 |

Before the Court is the Parties' Stipulation to Continue the Case Management Conference, currently scheduled for September 1, 2015. Good cause appearing, the Court **GRANTS** the Parties' Stipulation.

Accordingly, the Court hereby **ORDERS** that the Case Management Conference currently set for September 1, 2015 is continued to September 15, 2015 at 2:00 p.m. in Courtroom 2. Counsel for the parties may appear telephonically, and are required to arrange their telephonic appearance ~~with Court Call (866-582-6878) or~~ with the Courtroom clerk in advance of the Conference.

**IT IS SO ORDERED.**

DATED: August 17, 2015.

_____
HON. WILLIAM H. ORRICK
United States District Judge