UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAN SHINER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CONVERGENT OUTSOURCING, INC., et al.,<br><br>　　　　Defendants. | Case No. 15-cv-02365-WHO<br><br>**ORDER TO SHOW CAUSE REGARDING DISMISSAL FOR FAILURE TO PROSECUTE**<br><br>Re: Dkt. No. 31 |

A Case Management Conference is scheduled for March 8, 2016. The parties have failed to file a Joint Case Management Statement. The civil docket shows no activity on the parties' behalf since October 23, 2015. Counsel for the parties settled a class action raising similar issues in Pathman v. Convergent Outsourcing, case no. 14-cv-4303, notifying the Court on January 6, 2016. These facts lead me to believe that the parties have settled this case as well and simply neglected to inform the Court. The parties are directed to file a notice of settlement or their Joint Case Management Statement on or before March 7, 2016 (in the latter case they should appear in person on March 8, 2016 to explain the status of the case), or the case will be dismissed for failure to prosecute on March 8, 2016.

**IT IS SO ORDERED**.

Dated: March 4, 2016

_____
WILLIAM H. ORRICK
United States District Judge