**YU | MOHANDESI LLP**

**B. Ben Mohandesi** (SBN 214921)
213.377.5505 | bmohandesi@yumollp.com
**Jordan S. Yu** (SBN 227341)
213.377.5502 | jyu@yumollp.com
**Brett B. Goodman** (SBN 260899)
213.375.3543 | bgoodman@yumollp.com
633 West Fifth Street, Suite 2800
Los Angeles, CA 90071
213.377.5501 Facsimile

Attorneys for Defendants
Convergent Outsourcing, Inc. and LVNV Funding, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL SHINER, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CONVERGENT OUTSOURCING, INC., LVNV FUNDING, LLC, JOHN DOES 1-100, AND ANY OTHER UNKNOWN DEFENDANT,<br><br>Defendants. | Case No.: 3:15-cv-02365-WHO<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Honorable William H. Orrick<br><br>Compl. Filed:   May 28, 2015 |

Plaintiff Daniel Shiner and Defendants Convergent Outsourcing, Inc. and LVNV Funding, LLC (collectively, the "Parties"), through their undersigned counsel of record, hereby stipulate to dismiss this action with prejudice in its entirety.  Each of the parties to this Stipulation will bear his or its own costs, attorneys' fees, and all other expenses incurred in connection with this action.

DATED:  March 4, 2016.

        LAW OFFICES OF JOSHUAN B. KONS, LLC

        By   */s/* Joshua B. Kons
           Joshua B. Kons
           Attorney for Plaintiff
           Daniel Shiner

DATED:  March 4, 2016.

        YU MOHANDESI LLP

        By   */s/* Brett B. Goodman
           B. Ben Mohandesi
           Jordan S. Yu
           Brett B. Goodman
           Attorneys for Defendants
           Convergent Outsourcing, Inc., and
           LVNV Funding, LLC

**CERTIFICATE OF SERVICE**

I certify that on March 4, 2016, a copy of the foregoing was filed and served electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system as described below. Parties may access this filing through the Court's system.

DATED: March 4, 2016.

By  */s/ Brett B. Goodman*
       Brett B. Goodman