UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAN SHINER,<br><br>             Plaintiff,<br><br>     v.<br><br>CONVERGENT OUTSOURCING, INC., et al.,<br><br>             Defendants. | Case No. 15-cv-02365-WHO<br><br>**ORDER OF DISMISSAL**<br><br>Re: Dkt. No. 37 |

Pursuant to notice of voluntary dismissal, **IT IS HEREBY ORDERED** that this case is dismissed **with** prejudice.  The Clerk shall close the case.

Dated: March 7, 2016



WILLIAM H. ORRICK
United States District Judge